# Law Offices of
# James F. Sullivan, P.C.

52 Duane Street, 7th Floor
New York, New York 10007
Tel (212) 374-0009
Fax (212) 320-0425

March 25, 2025

**ELECTRONICALLY FILED**
Hon. Arlene R. Lindsay, U.S.M.J.
United States District Court for the Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    **Flores v. Del Sur Sports Bar & Grill Corp.**
              **Case No. 2:24-cv-1540-GRB-ARL**

Judge Lindsay:

Our firm represents the Plaintiffs, Juan Carlos Davila Flores and Pablo Vargas, in the above-referenced wage and hour matter.

As Your Honor may recall, this matter has been referred to mediation before Mediator Margarita Echevarria. By way of this letter, I write to advise that mediation is now going forward on May 1, 2025 to accommodate the scheduling needs of all parties. The parties appreciate the Court's patience as we complete the mediation process.

Please do not hesitate to reach out if you have any questions or otherwise wish to discuss further.

                                                   Respectfully submitted,

                                                   /s/John E. Icklan
                                                 John E. Icklan, Esq.

cc:    Margarita Echevarria, Esq. (via email)
        William Bell, Esq. (via email)
        Salua Baida, Esq. (via email)